UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT REICHERT, JR.,

    Plaintiff,

v.

    Case No. 1:19-CV-1012

    HON. ROBERT J. JONKER

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON,

    Defendant.

_____ /

## ORDER OF DISMISSAL

The Court issued an Order to Show Cause on February 19, 2020 (ECF No. 6). No response having been filed by Plaintiff in the time required,

IT IS HEREBY ORDERED that this matter is **DISMISSED** without prejudice, pursuant to W.D. Mich. LCivR 41.1.

Date:   March 26, 2020           /s/ Robert J. Jonker
                                            ROBERT J. JONKER
                                            CHIEF UNITED STATES DISTRICT JUDGE